# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 01, 2024

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

    No. 24-40315   Space Exploration Tech v. NLRB
                      USDC No. 1:24-CV-1

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has denied Appellees' request for 48 hours to respond to Appellant's Opposed Motion for Injunction Pending Appeal and requested a response be filed in this office by 10:00 a.m. Central Standard Time on May 2, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:  Ms. Catherine Lynn Eschbach
     Mr. Harry Isaac Johnson III
     Mr. Michael E. Kenneally
     Mr. Benjamin Storey Lyles
     Ms. Amanda Leigh Salz
     Mr. Paul A. Thomas