

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL
Washington, DC 20570-0001

VIA CM/ECF

May 1, 2024

Lyle W. Cayce, Clerk of Court
  United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Space Exploration Tech. v. NLRB.*, No. 24-40103

Dear Mr. Cayce:

     I write to correct an error appearing in the motion to dismiss filed earlier today by Appellees National Labor Relations Board et al. The motion explains that Appellant Space Exploration Technologies Corp. ("SpaceX") claims it will be harmed by having to participate in a teleconference scheduled for May 2 before an administrative law judge ("ALJ") sitting as a special master to resolve certain document-production disputes arising from the underlying unfair-labor-practice case. In paragraph 7 of the motion to dismiss, Appellees state that "SpaceX has previously participated in two such teleconferences with the ALJ acting as a special master."

     This is incorrect. SpaceX previously participated in two teleconferences with the ALJ who is presiding over the merits of the unfair-labor-practice proceeding, not the ALJ who is serving as a special master concerning the document-production disputes.

     Accordingly, the first sentence of paragraph 7 of Appellees' motion

Lyle W. Cayce, Clerk of Court
April 10, 2024
Page 2

to dismiss should instead say: "Notably, SpaceX has previously participated in two teleconferences with the presiding ALJ, and it points to no injury, much less an irreparable one, arising from them."

Sincerely,

/s *David P. Boehm*
DAVID P. BOEHM
*Trial Attorney*

NATIONAL LABOR RELATIONS BOARD
1015 Half Street, S.E.
Washington, DC 20570-0001
(202) 273-4202

cc: Counsel of Record (via CM/ECF)