# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 2, 2024
Lyle W. Cayce
Clerk

No. 24-40315

Space Exploration Technologies, Corporation,

*Plaintiff—Appellant*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

### UNPUBLISHED ORDER

Before Smith, Stewart, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's emergency opposed motion for injunction pending appeal is GRANTED.