No. 24-40315

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

SPACE EXPLORATION
TECHNOLOGIES CORP.,

Plaintiff – Appellant,

v.

NATIONAL LABOR RELATIONS
BOARD, a federal administrative agency,
JENNIFER ABRUZZO, in her official
capacity as the General Counsel of the
National Labor Relations Board, LAUREN
M. McFERRAN, in her official capacity as
the Chairman of the National Labor
Relations Board, MARVIN E. KAPLAN,
GWYNNE A. WILCOX, and DAVID M.
PROUTY, in their official capacities as
Board Members of the National Labor
Relations Board, and JOHN DOE in his
official capacity as an Administrative Law
Judge of the National Labor Relations
Board,

Defendants - Appellees.

## NOTICE OF RELATED CASE ACTIVITY

On May 17, 2024, the district court issued a decision denying

reconsideration of its prior order transferring this case to the Central District of

California. The Reconsideration Order further directed that transfer be effectuated 21 days following its issuance. Today, May 20, 2024, the district court rescinded that order and noted it was awaiting input from this Court.

As Appellees previously informed this Court, on May 16, 2024, Appellees filed a motion for an indicative ruling with the district court. The relief requested in that ruling, if entered by the district court on remand, would resolve the matters presented in this appeal. Specifically, Appellant would receive, in substance, what it sought from the district court below. We will continue to appraise this Court of any relevant developments in the district court proceeding.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and*
 *Special Litigation Branch*

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*

PAUL A. THOMAS
*Supervisory Attorney*

s/ David P. Boehm
DAVID P. BOEHM
*Trial Attorney*
David.Boehm@NLRB.gov
T: (202) 273-4202
F: (202) 273-4244
National Labor Relations Board
Contempt, Compliance, and
    Special Litigation Branch
1015 Half Street, S.E., Fourth Floor

2

Washington, D.C. 20003

Dated at Washington, DC.
this 20th day of May, 2024

United States District Court
Southern District of Texas

**ENTERED**

May 20, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | § § § § | |
| "Plaintiff", | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-00001 |
| NATIONAL LABOR RELATIONS BOARD, *et al.*, | § § § § | |
| "Defendants". | § § | |

## ORDER

On the 17th day of May, 2024, the Clerk erroneously entered the Court's "Order denying Plaintiff's Motion for Reconsideration" (docket no. 123). The Court is awaiting input from the Fifth Circuit.

The Court hereby **RESCINDS** "Order denying Plaintiff's 112 Motion for Reconsideration" (docket no. 123) pending further review.

Signed on  May 20, 2024.

Rolando Olvera
United States District Judge