# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 3, 2024
Lyle W. Cayce
Clerk

No. 24-40315

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant,*

versus

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as a Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

ORDER:

IT IS ORDERED that Appellant's opposed motion for an extension of 30 days, or to, and including, July 17, 2024, to file the brief is GRANTED.

　　/s/ Carl E. Stewart
Carl E. Stewart
*United States Circuit Judge*