# United States Court of Appeals for the Fifth Circuit

---

No. 24-40315

---

Space Exploration Technologies, Corporation,

*Plaintiff—Appellant*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

---

ORDER:

No. 24-40315

IT IS ORDERED that Appellees' opposed motion to stay further proceedings in this court pending indicative ruling motion in the district court is DENIED.

   /s/ Carl E. Stewart
Carl E. Stewart
*United States Circuit Judge*