# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 25, 2024

Lyle W. Cayce
Clerk

No. 24-40315

_____

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant*,

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL
ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official
capacity as the General Counsel of the National Labor Relations Board*;
LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the
National Labor Relations Board*; MARVIN E. KAPLAN, *in his official
capacity as a Board Member of the National Labor Relations Board*; GWYNNE
A. WILCOX, *in her official capacity as a Board Member of the National Labor
Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board
Member of the National Labor Relations Board*; JOHN DOE, *in his official
capacity as an Administrative Law Judge of the National Labor Relations
Board*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

## UNPUBLISHED ORDER

Before SMITH, STEWART, and OLDHAM, *Circuit Judges*.

PER CURIAM:

A member of this panel previously GRANTED Appellants' motion for an extension of time to file a principal brief. The panel has considered Appellees' motion for reconsideration.

IT IS ORDERED that the motion is DENIED.