# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 05, 2024

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

    No. 24-40315   Space Exploration Tech v. NLRB
                    USDC No. 1:24-CV-1

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response/opposition to the Appellant's Motion to vacate the decision of the district court and to stay district court proceedings be filed in this office no later than close of business (5:00 p.m.) on August 8, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:  Mr. Oliver J. Dunford
     Mr. Steven Engel
     Ms. Catherine Lynn Eschbach
     Mr. Harry Isaac Johnson III
     Mr. Michael E. Kenneally
     Mr. Brian Kulp
     Mr. Benjamin Storey Lyles
     Mr. Alexander Thomas MacDonald
     Mr. Michael H. McGinley
     Mr. Kevin Ryan Palmer
     Mr. Joshua Martin Robbins
     Mr. Paul A. Thomas
     Mr. Amit Ramnik Vora