# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 24-40315

Space Exploration Technologies, Corporation,

*Plaintiff—Appellant*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

## UNPUBLISHED ORDER

Before Smith, Stewart, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's emergency opposed motion to vacate the district court's July 24, 2024, order of transfer to the Central District of California is GRANTED, but without prejudice to the renewal of a motion to transfer, if appropriate, after issuance of the mandate in the current appeal of the effective denial of a preliminary injunction.

IT IS FURTHER ORDERED that Appellant's motion to stay district court proceedings is DENIED as unnecessary.