# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-40315

---

Space Exploration Technologies, Corporation,

*Plaintiff—Appellant,*

versus

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board,*

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

---

### UNPUBLISHED ORDER

Before Jones, Dennis, and Southwick, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellant's unopposed motion to expedite the appeal is GRANTED. This appeal shall be assigned to the panel hearing 24-50761, *Amazon.com Services LLC v. NLRB*.