# United States Court of Appeals
# for the Fifth Circuit

No. 24-40315

United States Court of Appeals
Fifth Circuit
**FILED**
March 5, 2025
Lyle W. Cayce
Clerk

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant,*

versus

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as a Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

Before RICHMAN, GRAVES, and RAMIREZ, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.