# United States Court of Appeals for the Fifth Circuit

No. 24-40315

Space Exploration Technologies, *Corporation*,

        *Plaintiff—Appellant*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

        *Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

No. 24-40315

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT