# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40315   Space Exploration Tech v. NLRB
                 USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

Parties are requested to file a status report every 30 days until the matter is removed from abeyance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. David Paul Boehm
Mr. Oliver J. Dunford
Mr. Steven Engel
Mr. Kevin Patrick Flanagan
Ms. Brianne Jenna Gorod
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Mr. Brian Kulp
Mr. Benjamin Storey Lyles
Mr. Andrew Lyubarsky
Mr. Alexander Thomas MacDonald
Mr. Michael H. McGinley
Mr. Nathan Ochsner
Mr. Kevin Ryan Palmer
Mr. Joshua Martin Robbins
Mr. Michael Rubin
Mr. Paul A. Thomas
Mr. Amit Ramnik Vora
Mr. Tyler James Wiese