# United States Court of Appeals for the Fifth Circuit

No. 24-40315

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2026

Lyle W. Cayce
Clerk

SPACE EXPLORATION TECHNOLOGIES, *Corporation*,

*Plaintiff—Appellant*,

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as the Chairman of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

No. 24-40315

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT